IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AHMAD HOSSEINIPOUR,           )
                              )
              Plaintiff,      )      Civil Action No.  08 - 1640
                              )
      v.                      )      Judge Joy Flowers Conti
                              )      Magistrate Judge Lisa Pupo Lenihan
SALLY A FRICK,                )
                              )
              Defendant.      )

**ORDER**

The above captioned case was filed on December 1, 2008, and was assigned to
United States Magistrate Judge Lisa Pupo Lenihan.  Judge Joy Flowers Conti was assigned on
December 9, 2009, and the case was referred back to United States Magistrate Judge Lisa Pupo
Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1),
and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge filed a Report and Recommendation (Doc. No. 4) on
December 9, 2009, that recommended the case be dismissed and the Court decline to exercise
supplemental jurisdiction over any state law claim.  The Plaintiff was advised he was allowed ten
(10) days from the date of service to file written objections to the report and recommendation,
and he was served at the address listed on the docket.  No objections have been filed.   After
review of the pleadings and documents in the case, together with the report and recommendation,
the following order is entered:

**AND NOW**, this 24th day of February, 2009;

**IT IS HEREBY ORDERED** that this case is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental

jurisdiction over any state law claim.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No.

4) of Magistrate Judge Lenihan, dated December 9, 2009, is adopted as the opinion of the court.


By the Court:


/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge



cc:    Lisa Pupo Lenihan
United States Magistrate Judge

AHMAD HOSSEINIPOUR
3560 Arden Boulevard
Youngstown, OH 44511